UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05-cr-00014-PMP-GWF |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY CATES, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

Before the Court for consideration are the Findings and Recommendations (#33) of Magistrate Judge George Foley, Jr., regarding Defendant's Motion to Suppress (#28). Defendant Cates filed Objections (#35) on February 9, 2006, to which the Government Responded (#36) on February 14, 2006.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of the United States Magistrate Judge should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#33) entered January 30, 2006, are affirmed , Defendant's Objections (#35) are overruled, and Defendant's Motion to Suppress Evidence for First Amendment Violation (#28) is DENIED.

DATED: February 14, 2006

_____
PHILIP M. PRO
Chief United States District Judge